IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-CR-00233-RJC-DCK

| | |
|---|---|
| USA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| DAVID LAMAR WOODS (2), | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 45), the Indictment, (Doc. Nos. 3, 30), as to David Lamar Woods.

**IT IS ORDERED** that the Government's motion, (Doc. No. 45), is **GRANTED** and the Indictment, (Doc. Nos. 3, 30), is **DISMISSED** as to David Lamar Woods without prejudice.

Signed: May 9, 2022

Robert J. Conrad, Jr.
United States District Judge